■ LYNDA WYNN et al., Respondents, v JOSEPH J. RICOTTA et al., Appellants. — Judgment, insofar as it awards plaintiff Lynda Wynn the sum of $740,000 for damages for pain and suffering and permanent injuries, unanimously

reversed, on the facts, and new trial granted on the issue of such damages only, unless plaintiff Lynda Wynn shall, within 20 days of service of a copy of the order herein with notice of entry, stipulate to reduce the award for pain and suffering and permanent injuries to $450,000, in which case the judgment is modified accordingly and, as modified, affirmed, without costs. Memorandum: In this medical malpractice action, the jury awarded plaintiff Lynda Wynn, in addition to amounts for her lost wages and impairment of earning capacity, the sum of $740,000 as damages for her pain and suffering and permanent injuries resulting from a surgical pack negligently left in her abdominal cavity following an operation. We determine the amount of $740,000 to be excessive to the extent that it exceeds $450,000. (Appeal from judgment of Supreme Court, Erie County, Bayger, J. — medical malpractice.) Present — Dillon, P. J., Denman, Boomer, O'Donnell and Schnepp, JJ.